# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **EDMUND S. JACHIM** : | |
| **T/A JORDAN CONSULTING A/K/A EDMUND** : | Bk. No.  09-22092 REF |
| **JACHIM A/K/A EDMUND S. JACHIM, JR.** : | |
|                 **Debtor** : | Chapter No.  07 |
| : | |
| **WELLS FARGO BANK, N.A., F/K/A WELLS** : | |
| **FARGO HOME MORTGAGE, INC.** : | |
| : | |
|            **Movant** : | |
| : | |
|       v. : | |
| : | |
| **EDMUND S. JACHIM** : | |
| **T/A JORDAN CONSULTING A/K/A EDMUND** : | |
| **JACHIM A/K/A EDMUND S. JACHIM, JR.** | |
|      **and** | |
| | |
| **MARY T. MARTIN, ESQUIRE (TRUSTEE)** | |
|                 **Respondents** | |

## ORDER MODIFYING §362 AUTOMATIC STAY

     **AND NOW**, this           day of                                     , 2009, at READING upon Motion of **WELLS FARGO BANK, N.A., F/K/A WELLS FARGO HOME MORTGAGE, INC.**, (Movant), it is:

     **ORDERED** that the Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code 11 U.S.C. 362 is modified with respect to premises **4334 CREEK ROAD, ALLENTOWN, PA 18104**, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

     **ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, N.A., F/K/A WELLS FARGO HOME MORTGAGE, INC.** may immediately enforce and implement this Order granting relief from the automatic stay.

                                          _____
                                          RICHARD E. FEHLING, BANKRUPTCY JUDGE

MARY T. MARTIN, ESQUIRE (TRUSTEE)
P.O. BOX 446
HATBORO, PA 19040

DAVID B. SCHWARTZ, ESQUIRE
352 FIFTH STREET, SUITE C
WHITEHALL, PA 18052

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

EDMUND S. JACHIM
T/A JORDAN CONSULTING A/K/A
EDMUND JACHIM A/K/A EDMUND S.
JACHIM, JR.
4334 CREEK ROAD
ALLENTOWN, PA 18104