DEILY, MOONEY & GLASTETTER, LLP
One Greentree Centre
10000 Lincoln Drive East - Suite 201
Marlton, New Jersey  08053
(856) 988-5555
Brian E. Caine, Esq. (BC 86057)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    EDMUND S. JACHIM, JR.,
    T/A JORDAN CONSULTING,

    Debtor.

Case No. 09-22092-REF
(Chapter 7)

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
OF ALL ORDERS, NOTICES, AND PLEADINGS
UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)**

Chrysler Financial Services Americas LLC d/b/a Chrysler Financial f/k/a DaimlerChrysler Financial Services Americas LLC d/b/a Chrysler Financial, a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED:    September 16, 2009
             Marlton, New Jersey

/s/ Brian E Caine
Brian E. Caine, Esq. Attorney ID #86057
DEILY, MOONEY & GLASTETTER, LLP
Attorneys for Chrysler Financial Services Americas
LLC d/b/a Chrysler Financial f/k/a DaimlerChrysler
Financial Services Americas LLC d/b/a Chrysler
Financial
Office and P.O. Address
One Greentree Centre
10000 Lincoln Drive East - Suite 201
Marlton, New Jersey  08053
Phone:  (856) 988-5555

TO:  Court Clerk
 U.S. Bankruptcy Court
 The Madison Building
 400 Washington Street
 Reading, Pennsylvania  19601

 David B. Schwartz
 Attorney for Debtor
 1621 North Cedar Crest Boulevard, Suite 102
 Allentown, Pennsylvania  18104

 Mary T. Martin, Esq. (Trustee)
 Martin Tax Financial Services
 19 ByBerry Avenue
 Hatboro, Pennsylvania  19040

B-CFSPHI.09.06206